**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6835**

_____

CARLTON RICHARDSON, JR.,

                                    Plaintiff - Appellant,

      versus

GARRY TILLMAN; LUIS CARTER; DARLEAN DAVIS; MS.
DAVIS; ANGELA RICHARDSON; OFFICER WIGGINS;
SERGEANT HAWKINS,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CA-99-747-5-F)

_____

Submitted:  August 24, 2000          Decided:  August 31, 2000

_____

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Carlton Richardson, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlton Richardson, Jr., appeals from the district court's order dismissing some claims and some Defendants from his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint, and directing further proceedings as to Richardson's claim that Defendants Hawkins and Wiggins assaulted him. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2